**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2615**

---

PATRICIA EMMONS; EARL EMMONS,

Plaintiffs - Appellants,

versus

ROSE'S STORES, INCORPORATED; ED ANDERSON;
TERRY ELLENWOOD; JIM WYATT; LARRY OVERBY; JOHN
DOES, 1-10,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-95-1002-5-BO)

---

Submitted: April 16, 1998       Decided: April 28, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Patricia Emmons, Earl Emmons, Appellants Pro Se. Sarah Wesley Fox, Karen F. Gray, KILPATRICK STOCKTON, L.L.P., Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order granting the Defendants' motion for summary judgment on their civil complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Emmons v. Rose's Stores, Inc.</u>, No. CA-95-1002-5-BO (E.D.N.C. Oct. 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>